```
FILED
JAMES BONINI
   CLERK

04 MAY 17 PM 12:59
```

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

```
      FILED
   MAY 14 2004
LEONARD GREEN, Clerk
```

EDWIN J. SEIFFERT, JR.

    Plaintiff - Appellant

v.

WILLIAM J. HENDERSON

    Defendant - Appellee

1:01cv684

    Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

    It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

ENTERED BY ORDER OF THE COURT

*Leonard Green /s*
Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____
          Deputy Clerk